```
 1
 2
 3
 4
 5
 6
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| GLEN L. WALKER, | CASE NO. C21-1231JLR |
|---|---|
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| GENE MEYER, INC., et al., | |
| Defendants. | |

On October 6, 2021, the court ordered Plaintiff Glen L. Walker to show cause by no later than October 20, 2021, why this action should not be dismissed for lack of federal subject matter jurisdiction. (10/6/21 Order (Dkt. # 4).) The court noted that Mr. Walker alleged that the court has diversity jurisdiction over this breach of contract action against Defendants Gene Meyer, Inc. and West & Sons Towing for breach of contract. (*Id.* at 1 (citing Prop. Compl. (Dkt. # 1) at 3-4).) Mr. Walker, however, alleged that he is a citizen of Washington state; that Gene Meyer, Inc. is incorporated in and has its principal place of business in Washington; and that West & Sons Towing is located in

Renton, Washington. (*Id.* (citing Prop. Compl. at 2-3).) Because these allegations did not establish that this lawsuit arises between citizens of different states, the court ordered Mr. Walker to show cause why the court should not dismiss this action for lack of subject matter jurisdiction. (*Id.* at 2 (citing 28 U.S.C. § 1332).)

Mr. Walker has not responded to the court's order to show cause. (*See generally* Dkt.)[1] Accordingly, the court DISMISSES this action without prejudice for lack of federal subject matter jurisdiction.

Dated this 22nd day of October, 2021.

JAMES L. ROBART
United States District Judge

---

[1] Mr. Walker also has not responded to the *in forma pauperis* application deficiency notice mailed to him on September 9, 2021. (Not. (Dkt. # 2) (setting October 12, 2021 deadline to correct the deficiency).)